# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| RICHARD M. NEACE,<br><br>   Plaintiff,<br><br>  v.<br><br>CORECIVIC, INC., et al.,<br><br>   Defendants. | Civil Action No. 4:23-cv-01500-JPC<br><br>**JOINT MOTION FOR PROTECTIVE ORDER** |

Plaintiff, Richard Neace ("Plaintiff"), and Defendants CoreCivic, Inc., Unit Manager Silvernail, Unit Manager Hight, and Warden David Bobby ("Defendants"), through counsel, hereby move for entry of the attached Protective Order.  The parties anticipate that during discovery Plaintiff may request that Defendants produce documents and other items that may contain proprietary operational, financial, pricing, and contractual information; confidential information regarding the security of the Northeast Ohio Correctional Center ("NEOCC"); personal information relating to current or former CoreCivic personnel; and medical, mental health, or institutional related documents pertaining to Plaintiff. The parties contend that in the regular course of discovery, it may be necessary to disclose such information to lawyers, expert and other witnesses, and/or the Court.  The parties wish to ensure that this information remains confidential and that no party to this action makes this information public to individuals or entities that are not involved in this action, due to the inherent security, privacy, and business-sensitive concerns related to such release, which may endanger the public, inmates, and NEOCC staff should such information be publicly released; or, hinder the ability of CoreCivic to competitively

negotiate with potential vendors, bid for correctional services contracts; or, impair governmental entities in their efforts to obtain competitive sealed bids for correctional services contracts.

Accordingly, the parties agree that the procedures outlined in the attached proposed Protective Order (Exhibit 1) will be adopted for the protection of Confidential Information. Furthermore, the parties jointly request that the Court enter the attached proposed Protective Order.

RESPECTFULLY SUBMITTED this 27th day of December, 2023.

By:/s/ _____

Patricia Horner (0039912)
412 14th Street
Toledo, OH 43604
Telephone: (419) 699-6163
Facsimile: (419) 244-1119
attorneypath@gmail.com

*Attorney for Plaintiff*

Dated: 12/26/23

By:/s/ _____

Timothy J. Bojanowski (0016162)
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Telephone: (480) 420-1600
Facsimile: (480) 420-1695
tbojanowski@strucklove.com

*Attorney for Defendants CoreCivic, Inc., Silvernail, Hight, and Warden David Bobby*

Dated: 12/27/2023

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a true and correct copy of the same to the Plaintiff as follows:

Patricia Horner
412 14th Street
Toledo, OH  43604
Attorneypath@gmail.com
*Attorney for Plaintiff*

  /s/ Timothy J. Bojanowski
Timothy J. Bojanowski

3