**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD M. NEACE, | ) | Case No. 4:23-cv-01500 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | James E. Grimes, Jr. |
| CORE CIVIC, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Based on the need for additional time to conduct follow-up discovery from third parties, the parties move to extend the deadlines in the current schedule and case management order.  The record shows that the parties are scheduled for mediation in June 2024.  Accordingly, the Court **DENIES WITHOUT PREJUDICE** the motion to re-set the case management deadlines, but directs the parties to continue to work the case up on the schedule they propose.  If mediation is not successful, the Court will direct counsel to submit a proposed scheduled at that time.

**SO ORDERED**.

Dated:  May 28, 2024

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio